IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ALPHA OMEGA ENERGY, LLC, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | CASE NO. 4:08cv109 | |
| STAR-KIST SAMOA, INC., § | | |
| Defendant. § | | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On November 4, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) (Dkt. 7) be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) (Dkt. 7) is GRANTED, and Plaintiff's claims are dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

**SIGNED** this 1st day of December, 2008.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE